ENRIQUE CAMPOS DEL TORO, demandante y apelado, *v.* SUCESIÓN DE INOCENCIO EMILIO DÁVILA compuesta de sus hijos EUGENIO, EMILIO y PETRA DÁVILA y de su Viuda NICOLASA MARRERO, y OFELIA COLLAZO, demandados y apelante la última.

No. 6702.—*Sometido:* Abril 15, 1935. *Resuelto:* Mayo 3, 1935.

*J. Vendrell* y *A. Quirós Méndez,* abogados de la apelante; *Antonio Barceló, Jr.,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

El 3 de mayo de 1934 el apelado solicitó la desestimación del recurso por frívolo. El 29 de mayo del mismo año declaramos sin lugar la moción, fundados en que como la apelación envolvía cuestiones de hecho y sólo teníamos ante nos la demanda, la contestación, la sentencia y la opinión, no teníamos lo bastante para justificar una desestimación, citando el caso de *De Jesús* v. *Drug Company of Porto Rico,* 45 D.P.R. 643. El 18 de marzo de 1935 se radicaron en esta corte los autos completos incluyendo un pliego de excepciones y una exposición del caso. Entonces el 29 del mismo mes y año el apelado solicitó de nuevo la desestimación de la apelación por frívola y porque no se había proseguido con diligencia. El apelado no nos convence de que el recurso no fuera proseguido con diligencia y, en realidad, los autos fueron radicados en esta corte antes de que lo fuera la moción para desestimar y la apelante ha obtenido una prórroga hasta mayo 27 para presentar su alegato.

Hemos examinado el pliego de excepciones y la exposición del caso y si la prueba fué debidamente admitida no encontramos que la corte estuviera equivocada en su opinión. Hay poca duda entonces de que el demandante apelado tendría derecho a recobrar de la alegada sucesión en el caso la cantidad pagada voluntariamente a nombre de ésta.

El récord no demuestra qué derecho tenía la apelante a intervenir en el caso por la mera aseveración de que era la heredera del causante de los demás demandados que sostenían ser los únicos herederos de Francisco Dávila. Es un hecho curioso que la contestación admite el párrafo en que se alega que los referidos demandados eran los únicos herederos.

De la opinión de la corte inferior se desprende que originalmente ella dictó sentencia contra todos los demandados pero, a petición de la apelante, dejó sin efecto dicha sentencia, y permitió a ésta defenderse. Ni la sentencia en rebeldía ni la resolución que la dejó sin efecto aparecen transcritas en el récord.

Según dijimos, examinando el pliego de excepciones y la exposición del caso, en tanto en cuanto la evidencia fué propiamente admitida, deberíamos inclinarnos a seguir la opinión y sentencia de la corte inferior. Empero, conforme indica la apelante, se presentaron varias objeciones y se anotaron excepciones en la corte inferior, y el apelado no ha discutido los méritos de estas excepciones. Cuando se alega la frivolidad de un recurso, el apelado en general debe colocar a esta corte en posición de disipar estas dudas.

*Por tanto, debe declararse sin lugar la moción para desestimar.*